**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| SHAWN ABNER,<br>Individually and on behalf<br>of all others similarly situated, : <br> : <br>Plaintiff, : <br> : <br>vs. : <br> : <br>CONVERGYS CORPORATION, : <br> : <br>Defendant. : | Case No. 1:18-cv-00442-DRC<br><br>Judge Douglas R. Cole |

**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE THE SETTLEMENT
WITH DEFENDANT CONVERGYS CORPORATION**

Originating Plaintiff Shawn Abner and 3,461 other employees who opted-in to the Fair Labor Standards Act ("FLSA") collective (together "Plaintiffs") have settled their FLSA claims per the accompanying Joint Stipulation of Settlement and Release attached to the memorandum of law in support of this motion. The settlement requires Defendant Convergys Corporation to pay $650,000.00 plus employer-side taxes associated with the settlement payments. Although the Sixth Circuit has not specifically addressed the issue, most judges agree that FLSA settlements must be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted.

**WHEREFORE,** Plaintiffs respectfully ask the Court to grant this motion and approve the settlement as to Defendant Convergys Corporation. Full analysis is contained within the accompanying memorandum of law, and a proposed order is attached.

Dated: August 11, 2022          Respectfully Submitted,

**BARKAN MEIZLISH DEROSE COX, LLP**

By:   */s/ Robert E. DeRose*
      Robert E. DeRose (OH - 0055214)
      Brian R. Noethlich (OH - 0086933)
      4200 Regent Street
      Suite 210
      Columbus, OH 43219
      Telephone: (614) 221-4221
      Fax: (614) 744-2300
      Email: bderose@barkanmeizlish.com
      Email: bnoethlich@barkanmeizlish.com

**ANDERSON ALEXANDER, PLLC**

By:   */s/ Clif Alexander*
      Clif Alexander (Admitted Pro Hac Vice)
      Texas Bar No. 24064805
      clif@a2xlaw.com
      Austin W. Anderson (Admitted Pro Hac Vice)
      Texas Bar No. 24045189
      austin@a2xlaw.com
      819 N. Upper Broadway
      Corpus Christi, Texas 78401
      Telephone: (361) 452-1279
      Facsimile: (361) 452-1284

*Counsel for Plaintiffs & FLSA Collective Members*

# CERTIFICATE OF SERVICE

   I hereby certify that on August 11, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Ohio using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ *Clif Alexander*
                Clif Alexander